Clerk Enclosed    11-8-15

Are An Original of Writ 51,855-02

of Mandamus with Motion

for leave to file Along with

Certificate of Service with

4 copys for filing.

Please Let Me

know they were filed.

Thank you

Mose Murally

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 20 2015

This document contains some
pages that are of poor quality
at the time of imaging.

Abel Acosta, Clerk

# WRIT OF MANDAMUS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 20 2015

Abel Acosta, Clerk

Cause No. DI DC 15 301738

Moses Martin Morales )
    Relator

v.

David Crain )
    Respondent

IN the Court
of Criminal Appeals
of the state of
Texas

## TO THE HONORABLE JUDGES OF CRIMINAL APPEALS:

Comes Now Moses Martin Morales, - A flesh And Blood Man, Relator And files this Application for writ of Mandamus for the Above # Cause Directing David Crain Judge for the 331st Judicial District Travis County who is preciding the Above # Cause Respondent to Set for Hearing (R Release the Relator) Because of the facts Described In the writ of Habeas Corpus Which the said David Crain Has not Set FoR Hearing for Relief Request which IS

Pg 1

1. To Set for Hearing Writ of Habeas Corpus OR
2. Release Me Moses Martin Morales the flesh & Blood Man from Confinement.

In The Above # Cause The State of Texas VS. MOSES MORALES the Charge IS FELONY ASSAULT FV STRANGULATION.

Regarding Above # Cause Relator Shows the Court the following:

I. I was Arrested Aug 23 2015 Since the time of Arrest for the Above # Cause I Have Not Requested Nor Consented Any Attorney Represent Me. As A Matter of fact I Have Repeatedly Asserted that I Represent My Self & My property - This was Stated to A Magistrate on or About the 23 of Aug. 2015 And As Stated Has Been Continually Relayed to All And Anyone Regarding the Above # Cause And to those who Have Interferred In My Commercial & Legal Affairs without Any Consent.

One of the ones Besise David Crain who knew or Should Have known I Represent Myself And Have not waived Any Rights IS Chantel M. Eldridge. who without

Pg. 2

My Consent Waived Rights Including Denial of Access to Court, pretrial— And Astoundingly Did Act As If She was Representing Me without My Consent. As A Result I was Indicted.

Around this time that lawyer files to withdraw from Cause (which she nor Anyone should think they Have Rights or permission — Consent — to Be Involved In) Astoundingly the Court knowing I Represent Myself & My property Still Appointed without My Consent Another Attorney (Alexander L Calhoun) to Interfer In My Commercial & Legal Affairs.

All this Has Been Done In Conspiracy Behind My Back. Not once Have I Been Allowed Access to the Court In the flesh Nor Have I Been procured Any Documents Beside the Indictement of Above & Cause (which Is A Bogus flawed Indictment)

On Sept. 10 I wrote An Writ of Habeus Corpus for Relief And Release to NO Avail. The Said writ Has Been filed & In the Courts In & for the Above & Cause for over A Month

Pg 3



David Crain Has failed to Issue An order or Rule In Any way Regarding the said Writ of Habeas Corpus. By the Same token of total Disregard the Respondent Has failed to Consider Any And All facts & Evidence Entered In Affidavit form for the Above # Cause

II. The Respondent's failure to Act As Requested By Relator Is A failure to perform A Ministrial function Under the facts of this Case Because that is what He Is Required to Do As Judge, Further I Have A Right to Represent My-self. A Right that Can not Be Abrogated Nor Denied. Further I Have A Right to Access the Court, And Enter & file the writ of Habeas Corpus And Deserve-Remedy (Freedom) which I Am Being Denied Due to David Crains failure to preform His Duty And Violating His Oath of Office

III I the Relator Can Clearly Demonstate As Addressed In writ of Habeas Corpus

Pg. 4

My Rights & Entitlements to Represent Myself
And the Conspiracy By Judge Crain & the
Attorneys Named Operating Simply to
Deny Me Access to Court & keep Me
Incarcerated, So I Have no Adequate
Remedy At law to pursue the Requested
Relief (which Is Hear my writ of Habeus
Corpus or Release Me) Other than this
Application

## Conclusion

This Court Has Jurisdiction to Issue A
writ of Mandamus in this Cause Under
Article 5 of the Texas Constitution & Article
4.04 of the Code of Criminal Procedures
    Therefore the realator prays the Court
Grant this Application And Issue A writ
of Mandamus Directing David Crain
respondent to Set for Hearing writ of
Habeas Corpus or in the Alternative
Release Me


## Moses Martin Mines
    Autograph
    Power of Attorney en facd

10-25-15
Date

Pg 5

# MOTION FOR LEAVE TO FILE

Cause no D1DC15301738 )    IN THE DISTRICT

Ex parte
Moses Martin Morales
         Applicant

)    CRIMINAL APPEAL
)    OF THE STATE
)    OF TEXAS
)

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now Moses Martin Morales — Pro Se Applicant In the Above entitled and Cause And Respectfully Moves this Court pursuant to Texas Rules of Appellate procedure 72.1 to Grant leave to file Writ of Mandamus.

Respectfully Submitted
Autograph/Signature → Moses Martin Morales
                Pro. Se. Power of Attorney In fact
                Moses Martin Morales
                #1532599
                Del Valle Cor. Complex
                3614 B.N Price Rd.
                Del Valle TX. [78617]

                                Pg 6

Cause No. D1DC15 301 738
## Certificate of Service

This is to Certify that A Copy of the Above Entitled Motion Has Been Sent to Court of Criminal Appeals on __11-8-15__ By Mewl to Judge David Crain on __11-8-15__ By Mail And to America Mendoza Rodriguez Judicial District Clerk (to file in the Above #) on __11-8-15__ By Mail to Each By Mail Deposited By Jail Official to the United States Postal Service Enclosed In Envelope properly Addressed on this Day __11-8-18__ Addresses of Persons Served: Clerk P.O. Box 679003 Austin TX - 78767. Judge David Crain 509 W. 11 St Austin Tx. 78702 Court of Criminal Appeals P.O. Box 12308 Austin Tx, 78711

__11-8-18__
Date

Moses Martin Morales
pro se Autograph Power of Attorney In Fact

Pg 9

# WRIT OF MANDAMUS

Cause No. DIDCIS301738

Moses Martin Morales )
　　　　Relator )
　　　　　　　　　　　　 )　　IN the Court
v. )　of Criminal Appeals
David Crain )　of the state of
　　　　Respondent )　Texas
　　　　　　　　　　　　 )

## TO tHE HONORABLE JUDGES OF CRIMINAL APPEALS:

Comes Now Moses Martin Morales, - A flesh And Blood Man, Relator And files this Application for writ of Mandumus for the ABove # Cause Directing David Crain Judge for the 331st Judicial District Travis County who Is preciding the ABove # Cause Respondent to Set for Hearing (or Release the Relator) Because of the facts Described In the writ of Habeas Corpus Which the said David Crain Has Not Set For Hearing for Relief Request which Is

Pg 1

1. To Set for Hearing Writ of Habeas Corpus OR

2. Release Me Moses Martin Morales the flesh & Blood Man from Confinement.

In The Above # Cause The State of Texas vs. MOSES MORALES the Charge is FELONY ASSUALT FV STRANGULATION.

Regarding Above # Cause Relator Shows the Court the following:

I. I was Arrested Aug 23 2015 Since the time of Arrest for the Above # Cause I Have Not Requested Nor Consented Any Attorney Represent Me. As A Matter of fact I Have Repeatedly Asserted that I Represent My Self & My property - This was Stated to A Magistrate on OR About the 23 of Aug. 2015 And As Stated Has Been Continually Relayed to All And Anyone Regarding the Above # Cause And to those who Have Interferred In My Commercial & Legal Affairs Without My Consent.

One of the ones Beside David Crain who know or Should Have Known I Represent Myself And Have not waived Any Rights Is Chantal M. Eldridge who without

Pg. 2

My Consent waived Rights Including
Denial of Access to Court, pretrail
And Astoundingly Did Act As If she was
Representing Me without My Consent .
As A result I was Indicted :
Around this time that lawyer files
to withdraw from Cause (which she
nor Anyone should think they Have Rights
or permission ~ Consent ~ to Be In-
volved In) Astoundingly the Court knowing
I Represent Myself & My property Still
Appointed without My Consent Another
Attorney (Alexander L Calhoun) to Interfer
In My Commercial & Legal Affairs.

All this Has Been Done In Conspiracy
Behind My Back. Not once Have I Been
Allowed Access to the Court In the flesh
Nor Have I Been procured Any Documents
Beside the Indictement of Above Cause
(which IS A Bogus flawed Indictment)
On Sept. 10 I wrote An Writ of
Habeus Corpus for Relief And Release
to No Avail. The said writ Has Been
filed & In the Courts In & for the
Above Cause for over A Month

Pg 3

David Crain Has failed to Issue An order or Rule In Any way Regarding the said writ of HaBeas Corpus. By the Same token of total Disregard the Respondent Has failed to Consider Any And All facts & Evidence Entered In Affidavit form for the ABove # Cause

II. The Respondents failure to Act As Requested By Relator Is A failure to perform A Ministrial function Under the facts of this Case Because that is what He Is Required to Do As Judge, Further I Have A Right to Represent My-self. A Right that Can not Be ABrogated Nor Denied. Further I Have A Right to Access the Court, And Enter & file the writ of HaBeas Corpus And Deserve — Remedy (Freedom) which I Am Being Denied Due to Davio Crains failure to preform His Duty And Violating His OAth of office

III I the Relator Can Clearly Demonstrate As Addressed In writ of HaBeas Corpus

Pg. 4

My Rights & Entitlements to Represent Myself And the Conspiracy By Judge Crain & the Attorneys Named Operating Simply to Deny Me Access to Court & keep Me Incarcerated, So I Have no Adequate Remedy At law to pursue the Requested Relief (Which is Hear My writ of Habeus Corpus or Release Me) Other than this Application.

## Conclusion

This Court Has Jurisdiction to Issue A writ of Mandamus for this Cause Under Article 5 of the texas Constitution & Article 4.04 of the Code of Criminal Procedure,

Therefore the realator prays the Court Grant this Application And Issue A writ of Mandamus Directing David Crain respondent to set for Hearing writ of Habeas Corpus or in the Alternative Release Me

Moses Martin Mireles

10-25-15
Date

Autograph
Power of Attorney in fact

Pg 5

# MOTION FOR LEAVE TO FILE

Cause No 01DC15301738 )  IN THE DISTRICT
) CRIMINAL APPEAL
Exparte  ) OF THE STATE
Moses Martin Morales ) OF TEXAS
Applicant )

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes Now Moses Martin Morales — Pro Se Applicant In the ABove entitled and # Cause And Respectfully Moves this Court Pursuant to Texas Rules of Appellate procedure 72.1 to Grant Leave to file Writ of Mandamus.

Respectfully Submitted

Autograph/Signature → Moses Martin Morales
Pro. Se. Power of Attorney In fact
Moses Martin Morales
#1532599
Del Valle Cor. Complex
3614 B.11 Price Rd.
Del Valle Tx. [78617]

Pg 6

Cause No. DIDCIS 301 738

## CERtificate of Service

This is to Certify that A Copy
of the Above Entitled Motion Has
Been Sent to Court of Criminal
Appeals on __11-8-18__ By Mail
to Judge David Crain on __11-8-18__
By Mail And to Amelia Mendoza
Rodriguez Judicial District Clerk
(to file in the Above #) on __11-8-18__
By Mail to Each By Mail Deposited
By Jail Official to the United States
postal Service Enclosed In Envelope
properly Addressed on this Day
__11-8-18__         Addresses of Persons
Served : Clerk P.O. Box 679003 Austin TX —
78767 . Judge Dana Crain 509 W. 11 St Austin
TX. 78702 Court of Criminal Appeals P.O.
Box 12308 Austin TX, 78711

__11-8-18__
Date           Moses Martin Morales
         pro Se Autograph Power of Attorney In fact
                                                    Pg 1

# WRIT OF MANDAMUS

Cause No. D1DC15301738

Moses Martin Morales )
 Relator )
  ) IN the Court
v. ) of Criminal Appeals
David Crain ) of the state of
 Respondent ) Texas
  )

## TO tHE HONORABLE JUDGES OF CRIMINAL APPEALS:

Comes Now Moses Martin Morales, - A flesh And Blood Man, Relator And files this Application for writ of Mandumus for the ABove # Cause Directing David Crain Judge for the 331st JuDicial District Travis County who IS preciding the ABove # Cause Respondent to Set for Heaving (or Release the Relator) Because of the facts Described In the writ of HaBeas Corpus Which the said David Crain Has Not Set FoR Heaving for Relief Request which IS

1. To Set for Hearing Writ of Habeas Corpus OR
2. Release Me Moses Martin Morales the flesh & Blood Men from Confinement.

In The Above # Cause The State of Texas vs. MOSES MORALES the Charge IS FELONY ASSUALT FV STRANGULATION.

Regarding Above # Cause Relator Shows the Court the following:

I. I was Arrested Aug 23 2015 Since the time of Arrest for the Above # Cause I Have Not Requested Nor Consented Any Attorney Represent Me. As A Matter of fact I Have Repeatedly Asserted that I Represent My Self & My property - This was Stated to A Magistrate on OR About the 23 of Aug. 2015 And As Stated Has Been Continually Relayed to All And Anyone Regarding the Above # Cause And to those who Have Interferred In My Commercial & Legal Affairs without My Consent.

One of the ones Beside David Crain who Know or Should Have known I Represent Myself And Have not waived Any Rights IS chantal M. Eldridge. who without

Pg. 2

My Consent waived Rights Including Denial of Access to Court, pretrail — And Astoundingly Did Act As If she was Representing Me without My Consent. As A Result I was Indicted.

Around this time that lawyer files to withdraw from Cause (which she nor Anyone should think they Have Rights or permission — Consent — to Be Involved In) Astoundingly the Court knowing I Represent Myself & My property Still Appointed without My Consent Another Attorney (Alexander L Calhoun) to Interfer In My Commercial & Legal Affairs.

All this Has Been done In Conspiracy Behind My Back. Not once Have I Been Allowed Access to the Court In the flesh Nor Have I Been procured Any Documents Beside the Indictment of Above Cause (which Is A Bogus flawed Indictment)

On Sept. 10 I wrote An Writ of Habeas Corpus for Relief And Release to No Avail. The Said writ Has Been filed & In the Courts In & for the Above Cause for over A Month.

Pg 3

David Crain Has failed to Issue An order or Rule In Any way Regarding the said writ of Habeas Corpus. By the Same token of total Disregard the Respondent Has failed to Consider Any And All facts & Evidence Entered In Affidavit form for the Above # Cause

II. The Respondents failure to Act As Requested By Relator is A failure to perform A Ministrial function Under the facts of this Case Because that is what He is Required to Do As Judge, Further I Have A Right to Represent My-self. A Right that can not Be Abrogated Nor Denied. Further I Have A Right to Access the Court, And Enter & file the writ of Habeas Corpus And Deserve-Remedy (Freedom) which I Am Being Denied Due to David Crains failure to Preform His Duty And Violating His Oath of Office.

III I the Relator Can Clearly Demonstrate As Addressed In writ of Habeas Corpus

Pg. 4

My Rights & Entitlements to Represent Myself
And the Conspiracy By Judge Crain & the
Attorneys Named operating simply to
Deny Me Access to Court & keep Me
Incarcerated, So I Have no Adequate
Remedy At law to pursue the Requested
Relief (which is Hear My writ of Habeus
Corpus or Release Me) other than this
Application.

## Conclusion

This Court Has Jurisdiction to Issue A
writ of Mandamus in this Cause Under
Article 5 of the Texas Constitution & Article
4.04 of the Code of Criminal Procedure,
    Therefore the realator prays the Court
Carant this Application And Issue A writ
of Mandamus Directing David Crain
Respondent to set for Hearing writ of
Habeus Corpus or in the Alternative
Release Me

Moses Martin Mireles

10-25-15
Date

Autograp
Power of Attorney in fact

p.5

# MOTION FOR LEAVE TO FILE

Cause No 01DC15301738 ) IN THE DISTRICT

Ex parte
Moses Martin Morales
Applicant

) CRIMINAL APPEAL
) OF THE STATE
) OF TEXAS
)

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS :

Comes Now Moses Martin Morales — Pro se Applicant In the Above entitled and # Cause And Respectfully Moves this Court Pursuant to Texas Rules of Appellate procedure 72.1 to Grant leave to file Writ of Mandamus .

Respectfully Submitted

Autograph/signature → Moses Martin Morales

Pro. Se. Power of Attorney In fact
Moses Martin Morales
#1532599
Del valle Cor. Complex
3614 Bill Price Rd.
Del valle TX. [78617]

P36

Cause No. D1DC15 301 738

# CERTIFICATE OF SERVICE

This is to Certify that A Copy of the Above Entitled Motion Has Been Sent to Court of Criminal Appeals on __4-8-15__ By Mail to Judge David Crain on __4-8-15__ By Mail And to Amelia Mendoza Rodriguez Judicial District Clerk (to file In the Above #) on __4-8-15__ By Mail to Each By Mail Deposited By Jail Official to the United States postal Service Enclosed In Envelope properly Addressed on this Day __4-8-15__ Addresses of Persons Served: Clerk P.O. Box 679003 Austin TX-78767. Judge Dana Crain 509 W. 11 St Austin TX. 78702 Court of Criminal Appeals P.O. Box 12308 Austin Tx. 78711

__4-8-15__
Date

Moses Martin Morales
pro se Autograph Power of Attorney In fact

Pg9

# WRIT OF MANDAMUS

Cause no. DIDCIS301738

Moses Martin Morales )
        Relator )
                 )     IN the Court
v.               )     of Criminal Appeals
                 )     of the state of
David Crain      )     Texas
    Respondent   )
                 )

## TO THE HONORABLE JUDGES OF CRIMINAL APPEALS:

Comes Now Moses Martin Morales, - A flesh And Blood Man, Relator And files this Application for writ of Mandumus for the ABove # Cause Directing David Crain Judge for the 331st Judicial District Travis County who IS preciding the ABove # Cause Respondent to Set for Hearing (or Release the Relator) Because of the facts Described In the writ of Habeas Corpus Which the said David Crain Has Not Set FoR Hearing for Relief Request which IS

Pg 1

1. To Set for Hearing Writ of Habeas Corpus OR

2. Release Me Moses Martin Morales the flesh & Blood Men from Confinement.

In The Above # Cause The State of Texas vs. MOSES MORALES the Charge Is FELONY ASSULT FV STRANGULATION.

Regarding Above # Cause Relator Shows the Court the following:

I. I was Arrested Aug 23 2015 Since the time of Arrest for the Above # Cause I Have Not Requested Nor Consented Any Attorney Represent Me. As A Matter of fact I Have Repeatedly Asserted that I Represent Myself & My property – This was Stated to A Magistrate on OR About the 23 of Aug. 2015 And As Stated Has Been Continually Relayed to All And Anyone Regarding the Above # Cause And to those who Have Interferred In My Commercial & Legal Affairs without Any Consent,

One of the ones Beside David Crain who know or Should Have known I Represent Myself And Have not waived Any Rights Is Chantal M. Eldridge. who without

Pg. 2

My Consent waived Rights Including Denial of Access to Court, pretrail — And Astoundingly Did Act As If She was Representing Me without My Consent. As A Result I was Indicted.

Around this time that lawyer files to withdraw from Cause (which She nor Anyone should think they Have Rights or permission — Consent — to Be Involved In) Astoundingly the Court knowing I Represent Myself & My property Still Appointed without My Consent Another Attorney (Alexander L Calhoun) to Interfer In My Commercial & Legal Affairs.

All this Has Been done In Conspiracy Behind My Back. Not once Have I Been Allowed Access to the Court In the flesh Nor Have I Been provided Any Documents Beside the Indictement of Above Cause (which Is A Bogus flawed Indictment)

On Sept. 10 I wrote An Writ of HaBeas Corpus for Relief And Release to NO Avail. The Said writ Has Been filed & In the Courts In & for the Above Cause for over A Month

Pg 3

David Crain Has failed to Issue An order or Rule In Any way Regarding the said writ of Habeas Corpus. By the Same token of total Disregard the Respondent Has failed to Consider Any And All facts & Evidence Entered In Affidavit form for the Above # Cause

II. the Respondents failure to Act As Requested By Relator is A failure to perform A Ministrial function Under the facts of this Case Because that is what He is Required to Do As Judge, Further I Have A Right to Represent Myself. A Right that Can not Be Abrogated Nor Denied. Further I Have A Right to Access the Court, And Enter & file the writ of Habeas Corpus And Deserve Remedy (Freedom) which I Am Being Denied Due to David Crains failure to preform His Duty And Violating His Oath of office

III I the Relator Can Clearly Demonstrate As Addressed In writ of Habeas Corpus

Pg. 4

My Rights & Entitlements to Represent Myself
And the Conspiracy By Judge Crain & the
Attorneys Named operating Simply to
Deny Me Access to Court & keep Me
Incarcerated, So I Have No Adequate
Remedy At law to pursue the Requested
Relief (which Is Hear My writ of Habeas
Corpus or Release Me) Other than this
Application.

## Conclusion

This Court Has Jurisdiction to Issue A
writ of Mandamus In this Cause Under
Article 5 of the texas Constitution & Article
4.04 of the Code of Criminal Procedure.

Therefore the Realator prays the Court
Grant this Application And Issue A writ
of Mandamus Directing David Crain
Respondent to Set for Hearing writ of
Habeas Corpus or In the Alternative
Release Me

Moses Martin Minles
Autograph
Power of Attorney en fact

10-25-15
Date

pg 5

# MOTION FOR LEAVE TO FILE

Cause No. 01DC1S301738 ) IN THE DISTRICT
) CRIMINAL APPEAL
Ex parte ) OF THE STATE
Moses Martin Morales ) OF TEXAS
Applicant )

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes Now Moses Martin Morales — Pro Se Applicant In the Above entitled and ~~#~~ Cause And Respectfully Moves this Court Pursuant to Texas Rules of Appellate procedure 72.1 to Grant leave to file writ of Mandamus.

Respectfully Submitted

Autograph/signature → Moses Martin Morales

Pro. Se. Power of Attorney ~~In fact~~

Moses Martin Morales
#1532599
Del Valle Cor. Complex
3614 Bill Price Rd.
Del Valle TX. [78617]

P3 6

Cause No. D1DC15 301 738

# Certificate of Service

This is to Certify that A Copy of the Above Entitled Motion Has Been Sent to Court of Criminal Appeals on __11-8-15__ By Mail to Judge David Crain on __11-8-15__ By Mail And to Amalia Mendoza Rodriguez Judicial District Clerk (to file In the Above #) on __11-8-15__ By Mail to Each By Mail Deposited By Jail Official to the United States postal Service Enclosed In Envelope properly Addressed on this Day __11-8-15__ Addresses of Persons

Served: Clerk P.O. Box 679003 Austin TX - 78767. Judge David Crain 509 W. 11 St Austin TX, 78701 Court of Criminal Appeals P.O. Box 12308 Austin TX, 78711

__11-8-15__
Date

Moses Martin Morales
pro Se Autograph Power of Attorney In fact

pg/

# WRIT OF MANDAMUS

Cause No. D1DC15301738

Moses Martin Morales )
    Relator )
               )    IN the Court
v. )   of Criminal Appeals
David Crain )   of the state of
    Respondent )   Texas
               )

## To the HONORABLE JUDGES OF CRIMINAL APPEALS:

Comes Now Moses Martin Morales, - A flesh And Blood Man, Relator And files this Application for writ of Mandamus for the ABove # cause Directing David Crain Judge for the 331st Judicial District Travis County who IS preciding the ABove # cause Respondent to Set for Hearing (or Release the Relator) Because of the facts Described In the writ of Habeas Corpus Which the said David Crain Has Not Set For Hearing for Relief Request which IS

Pg 1

1. To Set for Hearing Writ of Habeas Corpus OR

2. Release Me Moses Martin Morales the flesh & Blood Man from Confinement.

In The Above # Cause The State of Texas vs. MOSES MORALES the Charge Is FELONY ASSULT FV STRANGULATION.

Regarding Above # Cause Relator Shows the Court the following:

I. I was Arrested Aug 23 2015 Since the time of Arrest for the Above # Cause I Have Not Requested Nor Consented Any Attorney Represent Me. As A Matter of fact I Have Repeatedly Asserted that I Represent MySelf & My property. This was Stated to A Magistrate on or About the 25 of Aug. 2015 And As Stated Has Been Continually Relayed to All And Anyone Regarding the Above # Cause And to those who Have Interferred In My Commercial & Legal Affairs without My Consent,

One of the ones Beside David Crain who know or Should Have known I Represent Myself And Have not waived Any Rights Is Chantal M. Eldridge. who without

Pg. 2

My Consent waived Rights Including Denial of Access to Court, pretrail— And Astoundingly Did Act As If She was Representing Me without My Consent. As A Result I was Indicted:

Around this time that lawyer files to withdraw from Cause (which She nor Anyone should think they Have Rights or permission ~ Consent ~ to Be Involved In) Astoundingly the Court knowing I Represent Myself & My property Still Appointed without My Consent Another Attorney (Alexander L Calhoun) to Interfer In My Commercial & Legal Affairs.

All this Has Been Done In Conspiracy Behind My Back. Not once Have I Been Allowed Access to the Court In the flesh Nor Have I Been procured Any Documents Beside the Indictment of Above & Cause (which Is A Bogus flawed Indictment)

On Sept. 10 I wrote An Writ of Habeas Corpus for Relief And Release to No Avail. The Said writ Has Been filed & in the Courts In & for the Above & Cause for over A Month

Pg 3

David Crain Has failed to Issue An order or Rule In Any way Regarding the said writ of HaBeas Corpus. By the Same token of total Disregard the Respondent Has failed to Consider Any And All facts & Evidence Entered In Affidavit form for the Above # Cause

II. The Respondent's failure to Act As Requested By Relator is A failure to perform A Ministrial function Under the facts of this Case Because that is what He is Required to Do As Judge, Further I Have A Right to Represent Myself. A Right that Can not Be ABrogated Nor Denied. Further I Have A Right to Access the Court, And Enter & file the writ of HaBeas Corpus And Deserve-Remedy (Freedom) which I Am Being Denied Due to David Crains failure to Preform His Duty And Violating His Oath of office

III I the Relator Can Clearly Demonstrate As Addressed In writ of HaBeas Corpus

Pg. 4

My Rights & Entitlements to Represent Myself
And the Conspiracy By Judge Crain & the
Attorneys Named operating Simply to
Deny Me Access to Court & keep Me
Incarcerated, So I Have no Adequate
Remedy At law to pursue the Requested
Relief (which Is Hear My writ of Habeus
Corpus or Release Me) other than this
Application.

## Conclusion

This Court Has Jurisdiction to Issue A
writ of Mandamus in this Cause Under
Article 5 of the Texas Constitution & Article
4.04 of the Code of Criminal Procedure,
   Therefore the Realator prays the Court
Grant this Application And Issue A writ
of Mandamus Directing David Crain
Respondent to set for Hearing writ of
Habeas Corpus or In the Alternative
Release Me

Moses Martin Mines

10-25-15
Date

Autograph
Power of Attorney in fact

pg 5

# MOTION FOR LEAVE TO FILE

Cause No 010C1S301738 ) IN THE DISTRICT

Exparte ) CRIMINAL APPEAL
Moses Martin Morales ) OF THE STATE
Applicant ) OF TEXAS
)

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Come Now Moses Martin Morales — Pro Se Applicant In the Above entitled and # Cause And Respectfully Moves this Court Pursuant to Texas Rules of Appellate procedure 72.1 to Grant leave to file Writ of Mandamus.

Respectfully Submitted

Autograph/Signature → Moses Martin Morales

Pro. Se. Power of Attorney In fact

Moses Martin Morales
# 1532599
Del valle Cor. Complex
3614 Bill Price Rd.
Del valle TX. [78617]

P36

Cause No. DIDCIS 301 738

## Certificate of Service

This is to Certify that A Copy of the Above Entitled Motion Has Been Sent to Court of Criminal Appeals on __11-8-15__ By Mewl to Judge David Crain on __11-8-15__ By Mail And to Amalia Mendoza Rodriguez Judicial District Clerk (to file In the Above #) on __11-8-11__ By Mail to Each By Mail Deposited By Jul Official to the United States postal Service Enclosed In Envelope properly Addressed on this Day __11-8-15__ Addresses of Persons Served: Clerk P.O. Box 679003 Austin TX - 78767. Judge Dana Crain 509 W. 11 St Austin Tx, 78702 Court of Criminal Appeals P.O. Box 12308 Austin Tx, 78711

__11-8-15__
Date

Moses Martin Morales
Pro Se Autograph Power of Attorney In fact

Pg 9

# WRIT OF MANDAMUS

Cause No. D1DC15301738

Moses Martin Morales )
     Relator

v.

David Crain )
    Respondent )

IN the Court of Criminal Appeals of the State of Texas

## To the Honorable Judges of Criminal Appeals:

Comes Now Moses Martin Morales - A flesh And Blood Man, Relator And files this Application for writ of Mandumus for the Above # Cause Directing David Crain Judge for the 331st Judicial District Travis County who Is precioding the Above # Cause Respondent to Set for Hearing (or Release the Relator) Because of the facts Described In the writ of Habeas Corpus Which the Said David Crain Has Not Set For Hearing for Relief Request which Is

Pg 1

1. To Set for Hearing writ of Habeas Corpus OR

2. Release Me Moses Martin Morales the flesh & Blood Man from Confinement.

In The Above # Cause The State of Texas vs. MOSES MORALES the Charge Is FELONY ASSULT FV STRANGULATION.

Regarding Above # Cause Relator Shows the Court the following:

I. I was Arrested Aug 23 2015 Since the time of Arrest for the Above # Cause I Have Not Requested Nor Consented Any Attorney Represent Me. As A Matter of fact I Have Repeatedly Asserted that I Represent My Self & My property — This was Stated to A Magistrate on OR About the 23 of Aug. 2015 And As Stated Has Been Continually Relayed to All And Any one Regarding the Above # Cause And to those who Have Interferred In My Commercial & Legal Affairs without My Consent.

One of the ones Beside David Crain who Know or Should Have known I Represent Myself And Have Not waived Any Rights Is Chantal M. Eldridge who without

Pg. 2

My Consent waived Rights including Denial of Access to Court, pretrial And Astoundingly Did Act As If She was Representing Me without My Consent. As A Result I was Indicted.

Around this time that lawyer files to withdraw from Cause (which She nor Anyone should think they Have Rights or permission — Consent — to Be Involved In) Astoundingly the Court Knowing I Represent Myself & My property Still Appointed without My Consent Another Attorney (Alexander L Calhoun) to Interfer In My Commercial & Legal Affairs.

All this Has Been Done In Conspiracy Behind My Back. Not once Have I Been Allowed Access to the Court In the flesh Nor Have I Been procured Any Documents Beside the Indictement of Above & Cause (which Is A Bogus flawed Indictment)

On Sept. 10 I wrote An Writ of Habeas Corpus for Relief And Release to No Avail. The Said writ Has Been filed & In the Courts In & for the Above & Cause for over A Month

Pg 3

David Crain Has failed to Issue An order or Rule In Any way Regarding the said writ of Habeas Corpus. By the Same token of total Disregard the Respondent Has failed to Consider Any And All facts & Evidence Entered In Affidavit form for the Above # Cause

II. The Respondent's failure to Act As Requested By Relator is A failure to perform A Ministrial function Under the facts of this Case Because that is what He is Required to Do As Judge, Further I Have A Right to Represent Myself. A Right that can not Be Abrogated Nor Denyed. Further I Have A Right to Access the Court, And Enter & file the writ of Habeas Corpus And Deserve - Remedy (Freedom) which I Am Being Denied Due to David Crains failure to preform His Duty And Violating His Oath of Office

III I the Relator Can Clearly Demonstate As Addressed In writ of Habeas Corpus

Pg. 4

My Rights & Entitlements to Represent Myself And the Conspiracy By Judge Crain & the Attorneys named Operating Simply to Deny Me Access to Court & keep Me Incarcerated, So I Have no Adequate Remedy At Law to pursue the Requested Relief (which is Hear My writ of Habeas Corpus or Release Me) Other than this Application.

## Conclusion

This Court Has Jurisdiction to Issue A writ of Mandamus in this Cause Under Article 5 of the Texas Constitution & Article 4.04 of the Code of Criminal Procedure,

Therefore the Realator prays the Court Grant this Application And Issue A writ of Mandamus Directing David Crain Respondent to Set for Hearing writ of Habeas Corpus or in the Alternative Release Me

Moses Martin Mireles
Autograph
Power of Attorney in fact

10-25-15
Date

Pg 5

# MOTION FOR LEAVE TO FILE

Cause no D1DC1S301738 )    IN THE DISTRICT

Ex parte
Moses Martin Morales

Applicant
) CRIMINAL APPEAL
) OF THE STATE
) OF TEXAS
)

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS :

Comes now Moses Martin Morales — Pro Se Applicant In the Above entitled and # Cause And Respectfully Moves this Court Pursuant to Texas Rules of Appellate procedure 72.1 to Grant leave to file Writ of Mandamus.

Respectfully Submitted

Autograph/Signature → Moses Martin Morales

Pro. Se. Power of Attorney In fact

Moses Martin Morales
#1532599
Del valle Cor. Complex
3614 Bill Price Rd.
Del valle Tx. [78617]

Pg 6

Cause No. D1DC1S 301 738

# Certificate of Service

This is to Certify that A Copy of the Above Entitled Motion Has Been Sent to Court of Criminal Appeals on ___11-8-15___ By Mail to Judge David Crain on ___11-8-15___ By Mail And to Amelia Mendoza Rodriguez Jusicial District Clerk (to file in the Above #) on ___11-8-15___ By Mail to Each By Mail Deposited By Jail Official to the United States Postal Service Enclosed In Envelope properly Addressed on this Day ___11-8-15___ Addresses of Persons Served: Clerk P.O. Box 679003 Austin TX - 78767. Judge David Crain 509 W. 11 St Austin TX, 78702 Court of Criminal Appeals P.O. Box 12308 Austin TX, 78711

___11-8-15___
Date

Moses Martin Morales

Pro Se Autograph Power of Attorney In fact
pg 1

# WRIT OF MANDAMUS

Cause no. D1DC15301738

Moses Martin Morales )
    Relator )
              )
v. )
David Crain )
    Respondent )
            )

IN the Court of Criminal Appeals of the state of Texas

## TO tHE HONORABLE JUDGES OF CRIMINAL APPEALS:

Comes Now Moses Martin Morales, - A flesh And Blood Man, Relator And files this Application for writ of Mandamus for the ABove # Cause Directing David Crain Judge for the 331st Judicial District Travis County who IS presiding the ABove # Cause Respondent to Set foR Hearing (oR Release the Relator) Because of the facts Described In the writ of HaBeas Corpus Which the said David Crain Has Not Set FoR Hearing for Relief Request which IS

Pg 1

1. To Set for Hearing Writ of Habeas Corpus OR

2. Release Me Moses Martin Morales the Flesh & Blood Men from Confinement.

In The Above # Cause The State of Texas vs. MOSES MORALES the Charge IS FELONY ASSULT FV STRANGULATION.

Regarding Above # Cause Realtor Shows the Court the following:

I. I was Arrested Aug 23 2015 Since the time of Arrest for the Above # Cause I Have Not Requested Nor Consented Any Attorney Represent Me. As A Matter of fact I Have Repeatedly Asserted that I Represent My Self & My property. This was Stated to A Magistrate on OR About the 23 of Aug. 2015 And As Stated Has Been Continually Relayed to All And Anyone Regarding the Above # Cause And to those who Have Interferred In My Commercial & Legal Affairs Without My Consent.

One of the ones Beside David Crain who know or Should Have known I Represent Myself And Have not waived Any Rights IS Chantal M. Eldridge. who without

Pg. 2

My consent waived Rights Including Denial of Access to Court, pretrail — And Astoundingly Did Act As If She was Representing Me without My consent. As A Result I was Indicted.

Around this time that lawyer files to withdraw from Cause (which she nor Anyone should think they Have Rights or permission — consent — to Be Involved In) Astoundingly the Court knowing I Represent Myself & My property still Appointed without My consent Another Attorney (Alexander L Calhoun) to Interfer In My Commercial & Legal Affairs.

All this Has Been done In Conspiracy Behind My Back. Not once Have I Been Allowed Access to the Court In the flesh Nor Have I Been procured Any Documents Beside the Indictement of Above Cause (which Is A Bogus flawed Indictment)

On Sept. 10 I wrote An Writ of Habeas Corpus for Relief And Release to No Avail. The said writ Has Been filed & In the Courts In & for the Above Cause for over A Month

Pg 3

David Crain Has failed to Issue An order or Rule In Any way Regarding the said Writ of HaBeas Corpus. By the Same token of total Disregard the Respondent Has failed to Consider Any And All facts & Evidence Entered In Affidavit form for the ABove # Cause

II. The Respondents failure to Act As Requested By Relator Is A failure to perform A Ministrial function Under the facts of this Case Because that is what He Is Required to Do As Judge, further I Have A Right to Represent My-self. A Right that Can not Be ABrogated Nor Denied. Further I Have A Right to Access the Court, And Enter & file the writ of HaBeas Corpus And Deserve Remedy (Freedom) which I Am Being Denied Due to David Crains failure to preform His Duty And Violating His Oath of office

III I the Relator Can Clearly Demonstate As Addressed In writ of HaBeas Corpus

Pg. 4

My Rights & Entitlements to Represent Myself
And the Conspiracy By Judge Crain & the
Attorneys Named Operating Simply to
Deny Me Access to Court & keep Me
Incarcerated, So I Have No Adequate
Remedy At law to pursue the Requested
Relief (which is Hear My writ of Habeas
Corpus or Release Me) Other than this
Application.

## Conclusion

This Court Has Jurisdiction to Issue A
writ of Mandamus in this Cause Under
Article 5 of the Texas Constitution & Article
4.04 of the Code of Criminal Procedure,
Therefore the Realator prays the Court
Grant this Application And Issue A writ
of Mandamus Directing David Crain
respondent to Set for Hearing writ of
Habeas Corpus or in the Alternative
Release Me

Moses Martin Mireles

10-25-15
Date

AutoGraph
Power of Attorney in fact

pg 5

# MOTION FOR LEAVE TO FILE

Cause No 01DC1530173 8 )
                           ) IN THE DISTRICT
Ex parte                     ) CRIMINAL APPEAL
Moses Martin Morales     ) OF THE STATE
       Applicant           ) OF TEXAS
                           )

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS :

    Comes Now Moses Martin Morales — Pro Se Applicant In the Above entitled and # Cause And Respectfully Moves this Court Pursuant to Texas Rules of Appellate procedure 72.1 to Grant leave to File Writ of Mandamus .

    Respectfully Submitted
    Autograph/signature → Moses Martin Morales
           Pro. Se. Power of Attorney In fact
           Moses Martin Morales
           # 1532599
           Del valle Cor. Complex
           3614 Bill Price Rd.
           Del valle TX. [78617]

                Pg 6

Cause No. DIDCIS 301 738

## Certificate of Service

This is to Certify that A Copy of the Above Entitled Motion Has Been Sent to Court of Criminal Appeals on 11-8-15 By Mail to Judge David Crain on 11-8-15 By Mail And to Amalia Mendoza Rodriguez Judicial District Clerk (to file in the Above #) on 11-8-15 By Mail to Each By Mail Deposited By Jail Official to the United States Postal Service Enclosed in Envelope properly Addressed on this Day 11-8-15

Addresses of Persons Served: Clerk P.O. Box 679003 Austin TX- 78767. Judge David Crain 509 W. 11 St Austin TX, 78708 Court of Criminal Appeals P.O. Box 12308 Austin TX, 78711

11-8-15
Date

Moses Martin Morales
Pro Se Autograph Power of Attorney In fact
pg 1

# WRIT OF MANDAMUS

Cause no. DIDCIS301738

<u>Moses Martin Morales</u> )
    Relator )
                )    IN the Court
V. )
<u>David Crain</u> )   of Criminal Appeals
    Respondent )   of the state of
                )   Texas

## To tHE HONORABLE JUDGES OF CRIMINAL APPEALS:

Comes Now Moses Martin Morales, - A flesh And Blood Man, Relator And files this Application for writ of Mandamus for the ABove # cause Directing David Crain Judge for the 331st Judicial District Travis County who IS preciding the ABove # cause Respondent to Set foR Hearing (oR Release the RelatoR) Because of the facts Described In the writ of HaBeas CoRpus Which the Said David Crain Has Not Set FoR Hearing for Relief Request which IS

Pg 1

1. To Set for Hearing Writ of Habees Corpus OR

2. Release Me Moses Martin Morales The flesh & Blood Men from Confinement.

In The Above # Cause The State of Texas vs. MOSES MORALES the Charge IS FELONY ASSULT FV STRANGULATION.

Regarding Above # Cause Relator Shows the Court the following:

I. I was Arrested Aug 23 2015 Since the time of Arrest for the Above # Cause I Have Not Requested Nor Consented Any Attorney Represent Me. As A Matter of fact I Have Repeatedly Asserted that I Represent Myself & My property — This was Stated to A Mugistrate on OR About the 23 of Aug. 2015 And As Stated Has Been Continually Relayed to All And Anyone Regarding the Above # Cause And to Those who Have Interferred In My Commercial & Legal Affairs without My Consent,

One of the ones Beside David Crain who Know or Should Have known I Represent Myself And Have not waived Any Rights IS Chantal M. Eldridge. who without

Pg. 2

My Consent waived Rights including Denial of Access to Court, pretrail And Astoundingly Did Act As If She was Representing Me without My Consent. As A Result I was Indicted.

Around this time that lawyer files to withdraw from Cause (which She nor Anyone should think they Have Rights or permission ~ Consent ~ to Be Involved In) Astoundingly the Court knowing I Represent Myself & My property Still Appointed without My Consent Another Attorney (Alexander L Calhoun) to Interfer In My Commencial & Legal Affairs.

All this Has Been Done In Conspiracy Behind My Back. Not once Have I Been Allowed Access to the Court In the flesh Nor Have I Been procured Any Documents Beside the Indictment of Above & Cause (which Is A Bogus flawed Indictment)

On Sept. 10 I wrote An Writ of Habeas Corpus for Relief And Release to NO Avail. The Said writ Has Been filed & In the Courts In & for the Above & Cause for over A Month

Pg 3

David Crain Has failed to Issue An order or Rule In Any way Regarding the said writ of Habeas Corpus. By the Same token of total Disregard the Respondent Has failed to Consider Any And All facts & Evidence Entered In Affidavit form for the Above # Cause

II. The Respondents failure to Act As Requested By Relator is A failure to perform A Ministrial function Under the facts of this Case Because that is what He is Required to Do As Judge, Further I Have A Right to Represent Myself. A Right that Can not Be Abrogated Nor Denied. Further I Have A Right to Access the Court, And Enter & file the writ of Habeas Corpus And Deserve Remedy (Freedom) which I Am Being Denied Due to David Crains failure to preform His Duty And Violating His Oath of Office.

III I the Relator Can Clearly Demonstate As Addressed In writ of Habeas Corpus

Pg. 4

My Rights & Entitlements to Represent Myself
And the Conspiracy By Judge Crain & the
Attorneys Named Operating Simply to
Deny Me Access to Court & Keep Me
Incarcerated, So I Have no Adequate
Remedy At law to pursue the Requested
Relief (Which Is Hear My writ of Habeas
Corpus or Release Me) Other than this
Application

## Conclusion

This Court Has Jurisdiction to Issue A
writ of Mandamus In this Cause Under
Article 5 of the texas Constitution & Article
4.04 of the Code of Criminal Procedures
  Therefore the realator prays the Court
Grant this Application And Issue A writ
of Mandamus Directing David Crain
Respondent to Set for Hearing writ of
Habeas Corpus or In the Alternative
Release Me


Moses Martin Minies
Autograph
Power of Attorney In fact

10-25-15
Date

Pg 5

# MOTION FOR LEAVE TO FILE

Cause No 01DC1530173 8 )  IN THE DISTRICT
                         )  CRIMINAL APPEAL
Ex parte  )  OF THE STATE
Moses Martin Morales  )  OF TEXAS
      Applicant  )

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS :

    Comes Now Moses Martin Morales _ Pro Se Applicant In the Above entitled and # Cause And Respectfully Moves this Court Pursuant to Texas Rules of Appellate procedure 72.1 to Grant Leave to File Writ of Mandamus .

    Respectfully Submitted
    Autograph/signature → Moses Martin Morales
           Pro. Se. Power of Attorney In fact
           Moses Martin Morales
           # 1532599
           Del Valle Cor. Complex
           3614 Bill Price Rd.
           Del Valle Tx. [78617]

Pg 6

Cause No. D10C1S 301 738

## Certificate of Service

This is to Certify that A Copy of the Above Entitled Motion Has Been Sent to Court of Criminal Appeals on ___11-8-15___ By Mewl to Judge David Crain on ___11-8-15___ By Mail And to America Mendoza Rodriguez Judicial District Clerk (to file In the Above #) on ___11-8-15___ By Mail to Each By Mail Deposited By Jail Official to the United States Postal Service Enclosed In Envelope properly Addressed on this Day ___11-8-15___ Addresses of Persons Served: Clerk P.O. Box 679003 Austin TX- 78767. Judge David Crain 509 W. 11 St Austin TX. 78702 Court of Criminal Appeals P.O. Box 12308 Austin TX. 78711

___11-8-15___
Date

Moses Martin Morales
Pro Se Autograph Power of Attorney In fact

Pg 1

# WRIT OF MANDAMUS

Cause No. DIDCIS 301738

Moses Martin Morales )     IN the Court
    Relator )
v.           )     of Criminal Appeals
David Crain )     of the State of
    Respondent )     Texas

    )

## TO THE HONORABLE JUDGES OF CRIMINAL APPEALS:

Comes Now Moses Martin Morales, — A flesh And Blood Man, Relator And files this Application for writ of Mandamus for the ABove # Cause Directing David Crain Judge for the 331st Judicial District Travis County who is precirding the ABove # Cause Respondent to Set for Hearing (OR Release the Relator) Because of the facts Described In the writ of Habeas Corpus Which the said David Crain Has Not Set For Hearing for Relief Request which IS

Pg 1

1. To Set for Hearing Writ of Habees Corpus OR

2. Release Me Moses Martin Morales the Flesh & Blood Men from Confinement.

In The Above # Cause The State of Texas vs. MOSES MORALES the Charge IS FELONY ASSULT FV STRANGULATION.

Regarding Above # Cause Recator Shows the Court the following:

I. I was Arrested Aug 23 2015 Since the time of Arrest for the Above # Cause I Have Not Requested Nor Consented Any Attorney Represent Me. As A Matter of Fact I Have Repeatedly Asserted that I Represent My Self & My property — This was Stated to A Magistrate on OR About the 23 of Aug. 2015 And As Stated Has Been Continually Relayed to All And Anyone Regarding the Above # Cause And to those who Have Interferred In My Commercial & Legal Affairs Without My Consent.

One of the ones Beside David Crain who Know or Should Have known I Represent Myself And Have Not waived Any Rights IS Chantel M. Eldridge. who without

Pg. 2

My Consent waived Rights Including Denial of Access to Court, pretrail And Astoundingly Did Act As If She was Representing Me without My Consent. As A Result I was Indited.

Around this time that lawyer files to withdraw from cause (which She nor Anyone should think they Have Rights or permission ~ Consent ~ to Be Involved In) Astoundingly the Court knowing I Represent Myself & My property still Appointed without My Consent Another Attorney (Alexander L Calhoun) to Interfer In My Commercial & Legal Affairs.

All this Has Been Done In Conspiracy Behind My Back. Not once Have I Been Allowed Access to the Court In the flesh Nor Have I Been provived Any Documents Beside the Indictment of Above Cause (which Is A Bogus flawed Indictment)

On Sept. 10 I wrote An Writ of Habeas Corpus for Relief And Release to No Avail. The Said writ Has Been filed & In the Courts In & for the Above Cause for over A Month

Pg 3

David Crain Has failed to Issue An order or Rule In Any way Regarding the said writ of HaBeas Corpus. By the Same token of total Disregard the Respondent Has failed to Consider Any And All facts & Evidence Entered In Affidavit form for the ABove # Cause

II. the Respondents failure to Act As Requested By Relator is A failure to perform A Ministrial function Under the facts of this Case Because that is what He is Required to Do As Judge, Further I Have A Right to Represent Myself. A Right that can not Be ABrogated Nor Denied. Further I Have A Right to Access the Court, And Enter & file the writ of HaBeas Corpus And Deserve-Remedy (Freedom) which I Am Being Denied Due to David Crains failure to preform His Duty And Violating His OATh of office

III I the Relator Can Clearly Demonstrate As Addressed In writ of HaBeas Corpus

Pg. 4

My Rights & Entitlements to Represent Myself
And the Conspiracy By Judge Crain & the
Attorneys named operating Simply to
Deny Me Access to Court & Keep Me
Incarcerated, So I Have no Adequate
Remedy At law to pursue the Requested
Relief (Which Is Hear My writ of Habeus
Corpus or Release Me) Other than this
Application

## Conclusion

This Court Has Jurisdiction to Issue A
writ of Mandamus In this Cause Under
Article 5 of the texas Constitution & Article
4.04 of the Code of Criminal Procedure,
Therefore the realator prays the Court
Grant this Application And Issue A writ
of Mandamus Directing David Crain
Respondent to Set for Hearing writ of
Habeus Corpus or In the Alternative
Release Me

Moses Martin Miles

Autograph
Power of Attorney en facd

10-25-15
Date

pg 5

# MOTION FOR LEAVE TO FILE

Cause No 01DC1530173  8 )     IN THE DISTRICT
                         )    CRIMINAL APPEAL
Ex parte                 )    OF THE STATE
Moses Martin Morales     )    OF TEXAS
         Applicant       )
                         )

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS :

Comes Now Moses Martin Morales — Pro se Applicant In the Above entitled and Cause And Respectfully Moves this Court pursuant to Texas Rules of Appellate procedure 72.1 to Grant leave to file Writ of Mandamus.

Respectfully Submitted

Autograph/signature → Moses Martin Morales
                  Pro. Se. Power of Attorney In fact
                  Moses Martin Morales
                  # 1532599
                  Del valle Cor. Complex
                  3614 Bill Price Rd.
                  Del valle TX. [78617]

P9 6

Cause No. D1DC15 301 738

## Certificate of Service

This is to Certify that A copy of the Above Entitled Motion Has Been Sent to Court of Criminal Appeals on ___11-8-15___ By Mewl to Judge David Crain on ___11-8-15___ By Mail And to Amalia Mendoza Rodriguez Judicial District Clerk (to file in the Above #) on ___11-8-15___ By Mail to Each By Mail Deposited By Jail Official to the United States postal Service Enclosed In Envelope properly Addressed on this Day ___11-8-15___ Addresses of Persons Served: Clerk P.O. Box 679003 Austin TX 78767. Judge David Crain 509 W. 11 St Austin TX, 78702 Court of Criminal Appeals P.O. Box 12308 Austin TX, 78711

___11-8-15___
Date

_Moses Martin Morales_
pro se Autograph Power of Attorney In Effect

Pg 1

# WRIT OF MANDAMUS

Cause NO. D1DC15301738

Moses Martin Morales )
    Relator )
                     )      IN the Court
V. )      of Criminal Appeals
David Crain )      of the state of
    Respondent )      Texas

    To tHE HONORABLE JUDGES OF CRIMINAL APPEALS:

Comes Now Moses Martin Morales, - A flesh And Blood Man, Relator And files this Application for writ of Mandamus for the ABove # Cause Directing David Crain Judge for the 331st Judicial District Travis County who IS preciding the ABove # Cause Respondent to Set for Hearing (oR Release the Relator) Because of the facts Described In the writ of Habeas Corpus Which the said David Crain Has Not Set FoR Hearing for Relief Request which IS

Pg 1

1. To Set for Hearing Writ of Habeas Corpus OR

2. Release Me Moses Martin Morales the flesh & blood Man from Confinement.

In The Above # Cause The State of Texas vs. MOSES MORALES the Charge Is FELONY ASSUALT FV STRANGULATION.

Regarding Above # Cause Relator Shows the Court the following:

I. I was Arrested Aug 23 2015 Since the time of Arrest for the Above # Cause I Have Not Requested nor Consented Any Attorney Represent Me. As A Matter of fact I Have Repeatedly Asserted that I Represent my Self & My property. This was Stated to A Magistrate on or About the 23 of Aug. 2015 And As Stated Has Been Continually Relayed to All And Anyone Regarding the Above # Cause And to those who Have Interferred In My Commercial & Legal Affairs without Any Consent.

One of the ones Beside David Crain who know or should Have known I Represent Myself And Have not waived Any Rights Is Chantel M. Eldridge. who without

Pg. 2

My Consent waived Rights Including Denial of Access to Court, pretrail And Astoundingly Did Act As If She was Representing Me without My Consent • As A Result I was Indited :

Around this time that lawyer files to withdraw from Cause (which she nor Anyone should think they Have Rights or permission — Consent — to Be Involved In) Astoundingly the Court knowing I Represent Myself & My property Still Appointed without My Consent Another Attorney (Alexander L Calhoun) to Interfer In My Commercial & Legal Affairs .

All this Has Been Done In Conspiracy Behind My Back • Not once Have I Been Allowed Access to the Court In the flesh Nor Have I Been provided Any Documents Beside the Inditement of Above & Cause (which Is A Bogus flawed Indictment)

On Sept. 10 I wrote An Writ of Habeas Corpus for Relief And Release to no Avail • The Said writ Has Been filed & in the Courts In & for the Above & Cause for over A Month

Pg 3

David Crain Has failed to Issue An order or Rule In Any way Regarding the said writ of HaBeas Corpus. By the Same token of total Disregard the Respondent Has failed to Consioer Any And All facts & Evioence Entered In Affioauit form for the ABove # Cause

II. The Respondents failure to Act As Requested By Relator is A failure to perform A Ministrial function Under the facts of this Case Because that is what He is Requred to Do As Judge, Further I Have A Right to Represent Myself. A Right that Can not Be ABrogated Nor Denied. Further I Have A Right to Access the Court, And Enter & file the writ of HaBeas Corpus And Deserve - Remedy (Freedom) which I Am Being Denied Due to David Crains failure to preform His Duty And Violating His OAth of office

III I the Relator Can Clearly Demonstrate As Addressed In writ of HaBeas Corpus

Pq. 4

My Rights & Entitlements to Represent Myself
And the Conspiracy By Judge Crain & the
Attorneys Named Operating Simply to
Deny Me Access to Court & Keep Me
Incarcerated, So I Have no Adequate
Remedy At law to pursue the Requested
Relief (which is Hear My writ of Habeas
Corpus or Release Me) other than this
Application.

## Conclusion

This Court Has Jurisdiction to issue A
writ of Mandamus in this Cause Under
Article 5 of the Texas Constitution & Article
4.04 of the Code of Criminal Procedure,
   therefore the Realator prays the Court
Grant this Application And Issue A writ
of Mandamus Directing David Crain
Respondent to Set for Hearing writ of
Habeas Corpus or in the Alternative
Release Me

Moses Martin Mines
Autograph
Power of Attorney in fact

10-25-15
Date

# MOTION FOR LEAVE TO FILE

Cause No 01DC1S301738 ) IN THE DISTRICT

Ex parte
Moses Martin Morales
      Applicant

) CRIMINAL APPEAL
) OF THE STATE
) OF TEXAS
)

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS :

    Comes Now Moses Martin Morales — Pro Se Applicant In the Above entitled and Cause And Respectfully Moves this Court Pursuant to Texas Rules of Appellate procedure 72.1 to Grant leave to file Writ of Mandamus .

    Respectfully Submitted
    Autograph/signature → Moses Martin Morales
          Pro. Se, Power of Attorney In fact
          Moses Martin Morales
          #1532599
          Del Valle Cor. Complex
          3614 Bill Price Rd.
          Del Valle TX. [78617]

Cause No. D1DC15301738

# CERTIFICATE OF SERVICE

This is to Certify that A Copy of the Above Entitled Motion Has Been Sent to Court of Criminal Appeals on 11-8-15 By Mail to Judge David Crain on 11-8-15 By Mail And to Amalia Mendoza Rodriguez Judicial District Clerk (to file in the Above #) on 11-8-15 By Mail to Each By Mail Deposited By Jail Official to the United States postal Service Enclosed In Envelope properly Addressed on this Day 11-8-15 Addresses of Persons Served: Clerk P.O. Box 679003 Austin TX - 78767. Judge David Crain 509 W. 11 St Austin TX, 78701 Court of Criminal Appeals P.O. Box 12308 Austin TX, 78711

11-8-15

Date

Moses Martin Morales

Pro Se Autograph Power of Attorney In Fact

# WRIT OF MANDAMUS

Cause No. D1DC15301738

Moses Martin Morales )
    Relator )
    V. )
David Crain )
    Respondent )
    )

IN the Court of Criminal Appeals of the state of Texas

## TO THE HONORABLE JUDGES OF CRIMINAL APPEALS:

Comes Now Moses Martin Morales, - A flesh And Blood Man, Relator And files this Application for writ of Mandamus for the ABove # cause Directing David Crain Judge for the 331st Judicial District Travis County who is preciding the ABove # cause Respondent to Set for Hearing (or Release the Relator) Because of the facts Described In the writ of Habeas Corpus Which the said David Crain Has not Set FOR Hearing for Relief Request which Is

Pg 1

1. To Set for Hearing Writ of Habees Corpus OR

2. Release Me Moses Martin Morales the Flesh & Blood Man from Confinement.

In The Above # Cause The State of Texas Vs. MOSES MORALES the Charge IS FELONY ASSULT FV STRANGULATION.

Regarding Above # Cause Relator Shows the Court the following:

I. I was Arrested Aug 23 2015 Since the time of Arrest for the Above # Cause I Have Not Requested Nor Consented Any Attorney Represent Me. As A Matter of fact I Have Repeatedly Asserted that I Represent My Self & My property - This was Stated to A Magistrate on OR About the 23 of Aug. 2015 And As Stated Has Been Continually Relayed to All And Anyone Regarding the Above # Cause And to those who Have Interferred In My Commercial & Legal Affairs Without Any Consent.

One of the ones Beside David Crain who know or Should Have known I Represent Myself And Have Not waived Any Rights IS chantel M. Eldridge. who without

Pg. 2

My Consent waived Rights Including
Denial of Access to Court, pretrail —
And Astoundingly Did Act As If She was
Representing Me without My Consent •
As A Result I was Indicted •
    Around this time that lawyer files
to withdraw from Cause (which she
nor Anyone should think they Have Rights
or permission ~ Consent ~ to Be In-
volved In) Astoundingly the Court knowing
I Represent Myself & My property Still
Appointed without My Consent Another
Attorney (Alexander L Calhoun) to Interfere
In My Commercial & Legal Affairs .

    All this Has Been Done In Conspiracy
Behind My Back • Not once Have I Been
Allowed Access to the Court In the flesh
Nor Have I Been provived Any Documents
Beside the Indictement of Above & Cause
(which IS A Bogus flawed Indictment)

    On Sept. 10 I wrote An Writ of
Habeas Corpus for Relief And Release
to No Avail . The Said writ Has Been
filed & in the Courts In & for the
Above & Cause for over A Month
                                        Pg 3

David Crain Has failed to Issue An order or Rule In Any way Regarding the said writ of Habeas Corpus. By the Same token of total Disregard the Respondent Has failed to Consider Any And All facts & Evidence Entered In Affidavit form for the Above # Cause

II. the Respondents failure to Act As Requested By Relator is A failure to perform A Ministrial function Under the facts of this Case Because that is what He is Required to Do As Judge, Further I Have A Right to Represent My Self. A Right that can not Be Abrogated Nor Denied. Further I Have A Right to Access the Court, And Enter & file the writ of Habeas Corpus And Deserve Remedy (Freedom) which I Am Being Denied Due to David Crains failure to Preform His Duty And Violating His Oath of Office

III I the Relator Can Clearly Demonstrate As Addressed In writ of Habeas Corpus

Pg. 4

My Rights & Entitlements to Represent Myself And the Conspiracy By Judge Crain & the Attorneys Named Operating Simply to Deny Me Access to Court & keep Me Incarcerated, So I Have no Adequate Remedy At law to pursue the Requested Relief (which is Hear My writ of Habeas Corpus or Release Me) Other than this Application.

## Conclusion

This Court Has Jurisdiction to Issue A writ of Mandamus In this Cause Under Article 5 of the Texas Constitution & Article 4.04 of the Code of Criminal Procedure,

Therefore the realator prays the Court Grant this Application And Issue A writ of Mandamus Directing David Crain Respondent to Set for Hearing writ of Habeas Corpus or In the Alternative Release Me

_Moses Martin Moses_
Autograph
Power of Attorney En facd

10-25-15
Date

# MOTION FOR LEAVE TO FILE

Cause No D1DC1S301738)    IN THE DISTRICT

Exparte                  ) CRIMINAL APPEAL
Moses Martin Morales     ) OF THE STATE
        Applicant        ) OF TEXAS
                         )

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS :

Comes Now Moses Martin Morales — Pro Se Applicant In the Above entitled and # Cause And Respectfully Moves this Court Pursuant to Texas Rules of Appellate procedure 72.1 to Grant leave to file Writ of Mandamus.

Respectfully Submitted

Autograph/signature → Moses Martin Morales
                      Pro. Se. Power of Attorney In fact
                      Moses Martin Morales
                      #1532599
                      Del valle Cor. Complex
                      3614 Bill Price Rd.
                      Del valle Tx. [78617]

Cause No. D1DC15 301738

## CERTIFICATE OF SERVICE

This is to Certofy that A Copy of the Above Entitled Motion Has Been Sent to Court of Crimnral Appeals on 11-8-15 By Maul to Judge David Cruin on 11-8-15 By Mail And to Amalia Mendoza Rodriguez Judicial District Clerk (to file in the Above #) on 11-8-15 By Maul to Each By Mail Deposited By Jail Official to the United States postal Service Enclosed In Envelope properly Addressed on this Day 11-8-15 Addresses of Persons Served: Clerk P.O. Box 679003 Austin TX-78767. Judge Dana Cruin 509 W. 11 St Austin Tx, 78701 Court of Criminal Appeals P.O. Box 12308 Austin Ty, 78711

Date _____

Moses Martin Morales
Pro Se Autograph Power of Attorney In Fact

# WRIT OF MANDAMUS

Cause No. DIDC15301738

Moses Martin Morales )
Relator
v.
David Crain )
Respondent )

IN the Court
of Criminal Appeals
of the state of
Texas

To the HONORABLE JUDGES OF
CRIMINAL APPEALS:

Comes Now Moses Martin Morales, —
A flesh And Blood Man, Relator And files
this Application for writ of Mandamus
for the ABove # Cause Directing David
Crain Judge for the 331st Judicial
District Travis County who IS preciding
the ABove # Cause Respondent to
Set for Hearing (or Release the Relator)
Because of the facts Described In
the writ of Habeas Corpus Which the
said David Crain Has Not Set For
Hearing for Relief Request which IS

Pg 1

1. To Set for Hearing Writ of Habeas Corpus OR

2. Release Me Moses Martin Morales the Flesh & Blood Man from Confinement.

In The Above # Cause The State of Texas vs. MOSES MORALES the Charge IS FELONY ASSUALT FV STRANGULATION.

Regarding Above # Cause Relator Shows the Court the following:

I. I was Arrested Aug 23 2015 Since the time of Arrest for the Above # Cause I Have Not Requested Nor Consented Any Attorney Represent Me. As A Matter of fact I Have Repeatedly Asserted that I Represent My self & My property — This was Stated to A Magistrate on OR About the 23 of Aug. 2015 And As Stated Has Been Continually Relayed to All And Anyone Regarding the Above # Cause And to those who Have Interferred In My Commercial & Legal Affairs without My Consent,

One of the ones Beside David Crain who Know or Should Have known I Represent Myself And Have not waived Any Rights IS Chantal M. Eldridge. who without

My consent waved Rights Including
Denial of Access to Court, pretrail
And Astoundingly Did Act As If she was
Representing Me without My Consent.
As A Result I was Indicted.

Around this time that lawyer files
to withdraw from Cause (which she
nor Anyone should think they Have Rights
or permission ~ Consent ~ to Be In-
volved In) Astoundingly the Court knowing
I Represent Myself & My property Still
Appointed without My Consent Another
Attorney (Alexander L Calhoun) to Interfer
In My Commercial & Legal Affairs.

All this Has Been Done In Conspiracy
Behind My Back. Not once Have I Been
Allowed Access to the Court In the flesh
Nor Have I Been provided Any Documents
Besido the Indictment of Above Cause
(which Is A Bogus flawed Indictment)

On Sept. 10 I wrote An Writ of
Habeas Corpus foR Relief And Release
to No Avail. The Said writ Has Been
filed & In the Courts In & for the
Above Cause for over A Month

Pg 3

David Crain Has failed to Issue An order or Rule In Any way Regarding the said writ of HaBeas Corpus. By the same token of total Disregard the Respondent Has failed to Consider Any And All facts & Evidence Entered In Affidavit form for the ABove # Cause

II. the Respondents failure to Act As ReQuested By Relator is A failure to perform A Ministrial function Under the facts of this Case Because that is what He is Required to Do As Judge, Further I Have A Right to Represent My-self. A Right that Can not Be ABrogated Nor Denied. Further I Have A Right to Access the Court, And Enter & file the writ of HaBeas Corpus And Deserve-Remedy (FReedom) which I Am Being Denied Due to David Crains failure to preform His Duty And Violating His Oath of office

III I the Relator Can Clearly Demonstate As Addressed In writ of HaBeas Corpus

Pa. 4

My Rights & Entitlements to Represent Myself And the Conspiracy By Judge Crain & the Attorneys Named Operating Simply to Deny Me Access to Court & keep Me Incarcerated, So I Have no Adequate Remedy At law to pursue the Requested Relief (Which IS Hear My writ of Habeas Corpus or Release Me) other than this Application.

## Conclusion

This Court Has Jurisdiction to Issue A writ of Mandamus In this Cause Under Article 5 of the Texas Constitution & Article 4.04 of the Code of Criminal Procedure,

Therefore the Realator prays the Court Grant this Application And Issue A writ of Mandamus Directing David Crain Respondent to Set for Hearing writ of Habeas Corpus or in the Alternative Release Me

_Moses Martin Mireles_
Autograph
Powe of Attorney en facd

10-25-15
Date

# MOTION FOR LEAVE TO FILE

Cause No 01DC1S301738 )   IN THE DISTRICT

Ex parte                  )   CRIMINAL APPEAL
Moses Martin Morales      )   OF THE STATE
    Applicant   )   OF TEXAS
                   )

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

    Comes Now Moses Martin Morales — Pro Se Applicant In the Above entitled And # Cause And Respectfully Moves this Court pursuant to Texas Rules of Appellate procedure 72.1 to Grant leave to file Writ of Mandamus.

    Respectfully Submitted

Autograph/signature → Moses Martin Morales
          Pro. Se, Power of Attorney In fact
          Moses Martin Morales
          #1532599
          Del Valle Cor. Complex
          3614 Bill Price Rd.
          Del Valle Tx. [78617]

Cause No. D1DC1S 301 738

# Certificate of Service

This Is to Certify that A copy of the Above Entitled Motion Has Been Sent to Court of Criminal Appeals on 11-8-18 By Mewl to Judge David Crain on 11-8-18 By Mail And to Amalia Mendoza Rodriguez Judicial District Clerk (to file In the Above #) on _____ By Mail to Each By Mail Deposited By Jail Official to the United States Postal Service Enclosed In Envelope properly Addressed on this Day 11-8-18 _____ Addresses of Persons Served: Clerk P.O. Box 679003 Austin TX - 78767. Judge Dana Crain 509 W. 11 St Austin TX. 78702 Court of Criminal Appeals P.O. Box 12308 Austin Tx, 78711

11-8-18
_____
Date

Mosar Martin Morales
_____
Pro Se Autograph Power of Attorney In Fact

Enclosed An Original And 3 Copys of writ of Mandumus Motion for Leave to file & Certificate of Service. I have served the Clerk Original And 4-Copys to file Also proused Copy to District Clerk And Judge of 331st Court ι I Await remedy.

U-8-13
51,855-02

Thank you.

Moses Martin Murdoug

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 20 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

# MOTION FOR LEAVE TO FILE

Cause NO D1DC15301738 )   IN THE DISTRICT

Ex parte
Moses Martin Morales
Applicant

)   CRIMINAL APPEAL
)   OF THE STATE
)   OF TEXAS
)

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS :

Comes now Moses Martin Morales — Pro Se Applicant In the Above entitled and # Cause And Respectfully Moves this Court pursuant to Texas Rules of Appellate procedure 72.1 to Grant leave to file Writ of Mandamus.

Respectfully Submitted

Autograph/signature → Moses Martin Morales
                    Pro. Se. Power of Attorney In fact
                    Moses Martin Morales
                    # 1532599
                    Del valle Cor. Complex
                    3614 B.11 Price Rd.
                    Del valle Tx. [78617]

Cause no. D1DC1S 301 738

Certificate of Service

This is to Certify that A Copy
of the ABove Entitled Motion Has
Been sent to Court of Criminal
Appeals on 11-8-15 By Mail
to Judge David Crain on 10-8-15
By Mail And to America Mendoza
Rodriguez Jusicial District Clerk
(to file in the ABove #) on _____
By Mail to Each By Mail Deposited
By Jail Official to the United States
Postal Service Enclosed In Envelope
properly Addressed on this Day
11-8-15 Addresses of Persons
Served: Clerk P.O. Box 67900 3 Austin Tx -
78767. Judge David Crain 509 W. 11 St Austin
Tx, 78702 Court of Criminal Appeals P.O.
Box 12308 Austin Tx, 78211

11-8-15
Date

Moses Martin Morchel
pro se Autograph Power of Attorney In Fact

# WRIT OF MANDAMUS

Cause no. DIDCIS301738

Moses Martin Morales )
    Relator
                )    IN the Court
V.               )   of Criminal Appeals
David Crain       )   of the state of
    Respondent     )   Texas
                )

## TO tHE HONORABLE JUDGES OF CRIMINAL APPEALS:

Comes Now Moses Martin Morales, - A flesh And Blood Man, Relator And fites this Application for writ of Mandumus for the ABove # Cause Directing David Crain Judge for the 331st Jud. Cial District Travis County who IS preciding the ABove # Cause Respondent to Set foR Hearing (oR Releeep the Relator) Because of the facts Described In the Writ of Habeas Corpus Which the Said David Crain Has Not Set FoR Hearing for Relief Request which IS

Pg 1

1. To Set for Hearing writ of Habees Corpus OR

2. Release Me Moses Martin Morales the flesh & Blood Men from Confinement.

In The Above # Cause The State of Texas vs. MOSES MORALES the Charge IS FELONY ASSUALT FV STRANGULATION.

Regarding Above # Cause Relator Shows the Court the following:

I. I was Arrested Aug 23 2015 Since the time of Arrest for the Above # Cause I Have Not Requested Nor Consented Any Attorney Represent Me. As A Matter of fact I Have Repeatedly Asserted that I Represent Myself & My property – This was Stated to A Magistrate on or About the 23 of Aug. 2015 And As Stated Has Been Continually Relayed to All And Any one Regarding the Above # Cause And to those who Have Interferred In My Commercial & Legal Affairs without Any Consent,

One of the ones Beside David Crain who know or Should Have known I Represent Myself And Have not waived Any Rights IS Chantel M. Eldridge. who without

Pg. 2

My Consent waived Rights Including Denial of Access to Court, pretrail— And Astoundingly Did Act As If She was Representing Me without My Consent ⚬ As A Result I was Indicted ⚬

Around this time that lawyer files to withdraw from Cause (which She nor Anyone should think they Have Rights or permission — Consent — to Be Involved In) Astoundingly the Court knowing I Represent Myself & My property still Appointed without My Consent Another Attorney (Alexander L Calhoun) to Interfere In My Commercial & Legal Affairs.

All this Has Been Done In Conspiracy Behind My Back ⚬ Not once Have I Been Allowed Access to the Court In the flesh nor Have I Been procured Any Documents Besside the Indictment of Above # Cause (which Is A Bogus flawed Indictment)

On Sept. 10 I wrote An Writ of Habeas Corpus for Relief And Release to NO Avail ⚬ The Said writ Has Been filed & In the Courts In & for the Above # Cause for over A Month

Pg 3

David Crain Has failed to Issue An order or Rule In Any way Regarding the said Writ of Habeas Corpus. By the Same token of total Disregard the Respondent Has failed to Consider Any And All facts & Evidence Entered In Affidavit form for the Above # Cause

II. The Respondent's failure to Act As Requested By Relator is A failure to perform A Ministrial function Under the facts of this Case Because that is what He is Required to Do As Judge, Further I Have A Right to Represent Myself. A Right that can not Be Abrogated Nor Denied. Further I Have A Right to Access the Court, And Enter & file the writ of Habeas Corpus And Deserve Remedy (Freedom) which I Am Being Denied Due to David Crains failure to preform His Duty And Violating His Oath of office

III I the Relator Can Clearly Demonstrate As Addressed In Writ of Habeas Corpus

Pg. 4

My Rights & Entitlements to Represent Myself
And the Conspiracy By Judge Crain & the
Attorneys Named Operating Simply to
Deny Me Access to Court & Keep Me
Incarcerated, So I Have no Adequate
Remedy At law to pursue the Requested
Relief (which is Hear My writ of Habeas
Corpus or Release Me) other than this
Application.

## Conclusion

This Court Has Jurisdiction to Issue A
writ of Mandamus for this Cause under
Article 5 of the Texas Constitution & Article
4.04 of the Code of Criminal Procedure,
  therefore the realator prays the Court
Corant this Application And Issue A writ
of Mandamus Directing David Crain
Respondent to set for Hearing writ of
Habeas Corpus or in the Alternative
Release Me

Moses Martin Mireles
Autograph
Power of Attorney in fact

10-25-15
Date

# MOTION FOR LEAVE TO FILE

Cause No D1DC1S301738 )  IN THE DISTRICT

Ex parte )  CRIMINAL APPEAL
Moses Martin Morales )  OF THE STATE
     Applicant )  OF TEXAS
)

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS :

    Comes Now Moses Martin Morales — Pro Se Applicant In the Above entitled and Cause And Respectfully Moves this Court Pursuant to Texas Rules of Appellate procedure 72.1 to Grant leave to file Writ of Mandamus.

    Respectfully Submitted

    Autograph/signature → Moses Martin Morales
               Pro. Se. Power of Attorney In fact
               Moses Martin Morales
               # 1532599
               Del Valle Cor. Complex
               3614 Bill Price Rd.
               Del Valle TX. [78617]

Cause no. DIDCIS 301 738

## Certificate of Service

This is to Certify that A Copy of the Above Entitled Motion Has Been Sent to Court of Criminal Appeals on 11-8-15 By Mewl to Judge David Crain on 11-8-15 By Mail And to Amelia Mendoza Rodriguez Judicial District Clerk (to file in the Above # ) on 11-8-15 By Mail to Each By Mail Deposited By Jail Official to the United States postal Service Enclosed In Envelope properly Addressed on this Day 11-8-15 Addresses of Persons

Served: Clerk P.O. Box 679003 Austin Tx - 78767. Judge Dana Crain 509 W. 11 St Austin Tx, 78701 Court of Criminal Appeals P.O. Box 12308 Austin Tx, 78211

11-8-15
Date

Moses Martin Morales
Prose Autograph Power of Attorney In Fact

# WRIT OF MANDAMUS

Cause no. D1DC15301738

Moses Martin Morales )
    Relator )
  )
v. )
Davio Crain )
    Respondent )
  )

IN the Court
of Criminal Appeals
of the state of
Texas

## TO THE HONORABLE JUDGES OF CRIMINAL APPEALS:

Comes Now Moses Martin Morales, - A flesh And Blood Man, Relator And files this Application for writ of Mandumus for the ABove # Cause Directing David Crain Judge for the 331st Judicial District Travis County who IS preciding the ABove # Cause Respondent to Set for Hearing (oR Release the Relator) Because of the facts Described In the writ of HaBeas Corpus Which the said David Crain Has not Set For Hearing for Relief Request which IS

Pg 1

1. To Set for Hearing Writ of Habees Corpus OR

2. Release Me Moses Martin Morales the flesh & Blood Men from Confinement.

In The Above # Cause The State of Texas vs. MOSES MORALES the Charge is FELONY ASSULT FV STRANGUVATION.

Regarding Above # Cause Relator Shows the Court the following:

I. I was Arrested Aug 23 2015 since the time of Arrest for the Above # Cause I Have Not Requested Nor Consented Any Attorney Represent Me. As A Matter of fact I Have Repeutedly Asserted that I Represent My self & My property - This was Stated to A Mugistrate on or About the 23 of Aug. 2015 And As Stated Has Been Continually Relayed to All And Anyone Regarding the Above # Cause And to those who Have Interferred In My Commercial & Legal Affairs without My Consent,

One of the ones Beside David Crain who know or Should have known I Represent Myself And Have Not waived Any Rights Is Cheantal M. Eldridge who without

Pg.2

My Consent Waved Rights Including Denial of Access to Court, pretrail And Astoundingly Did Act As If She was Representing Me without My Consent. As A Result I was Indicted.

Around this time that lawyer files to withdraw from Cause (which she nor Anyone should think they Have Rights or permission ~ Consent ~ to Be Involved In) Astoundingly the Court knowing I Represent Myself & My property Still Appointed without My Consent Another Attorney (Alexander L Calhoun) to Interfer In My Commercial & Legal Affairs.

All this Has Been Done In Conspiracy Behind My Back. Not once Have I Been Allowed Access to the Court In the flesh Nor Have I Been provised Any Documents Beside the Indictment of Above Cause (which Is A Bogus flawed Indictment)

On Sept. 10 I wrote An Writ of Habeas Corpus foR Relief And Release to No Avail. The Said writ Has Been filed & In the Courts In & for the Above Cause for over A Month

Pg 3

David Crain Has Failed to Issue An order or Rule In Any way Regarding the said Writ of HaBeas Corpus. By the Same token of total Disregard the Respondent Has Failed to Consider Any And All facts & Evidence Entered In Affidavit form for the ABove # Cause

II. The Respondent's failure to Act As Requested By Relator Is A failure to perform A Ministrial function Under the facts of this Case Because that is what He Is Required to Do As Judge, Further I Have A Right to Represent Myself. A Right that Can not Be ABrogated Nor Denied. Further I Have A Right to Access the Court, And Enter & file the writ of HaBeas Corpus And Deserve Remedy (Freedom) which I Am Being Denied Due to David Crains failure to preform His Duty And Violating His OAth of office.

III I the Relator Can Clearly Demonstrate As Addressed In writ of HaBeas Corpus

My Rights & Entitlements to Represent Myself And the Conspiracy By Judge Crain & the Attorneys Named Operating Simply to Deny Me Access to Court & Keep Me Incarcerated, So I Have no Adequate Remedy At law to pursue the Requested Relief (Which is Hear My writ of Habeas Corpus or Release Me) Other than this Application.

## Conclusion

This Court Has Jurisdiction to Issue A writ of Mandamus in this Cause Under Article 5 of the Texas Constitution & Article 4.04 of the Code of Criminal Procedure,

Therefore the Realator prays the Court Grant this Application And Issue A writ of Mandamus Directing David Crain respondent to Set for Hearing writ of Habeas Corpus or in the Alternative Release Me

Moses Martin Mirles
Autograph
Power of Attorney In fact

10-25-15
Date

# MOTION FOR LEAVE TO FILE

Cause NO D1DC1S301738 ) IN THE DISTRICT

Ex parte )
Moses Martin Morales ) CRIMINAL APPEAL
Applicant ) OF THE STATE
) OF TEXAS
)

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS :

Comes Now Moses Martin Morales — Pro Se Applicant In the Above entitled and Cause And Respectfully Moves this Court pursuant to Texas Rules of Appellate procedure 72.1 to Grant leave to file Writ of Mandamus.

Respectfully Submitted
Autograph/signature → Moses Martin Morales
Pro. Se. Power of Attorney In fact
Moses Martin Morales
#1532599
Del valle Cor. Complex
3614 B.N Price Rd.
Del valle TX. [78617]

Cause No. D1DC1S 301738

## Certificate of Service

This is to Certify that A Copy of the Above Entitled Motion Has Been Sent to Court of Criminal Appeals on ___11-8-15___ By Mail to Judge David Crain on ___11-8-15___ By Mail And to America Mendoza Rodriguez Judicial District Clerk (to file In the Above #) on ___11-8-15___ By Mail to Each By Mail Deposited By Jail Official to the United States Postal Service Enclosed In Envelope properly Addressed on this Day ___11-8-15___ Addresses of Persons Served: Clerk P.O. Box 679003 Austin TX - 78767. Judge David Crain 509 W. 11 St Austin Tx. 78708 Court of Criminal Appeals P.O. Box 12308 Austin Tx, 78711

___11-8-15___
Date

Moses Martin Morales
Pro Se Autograph Power of Attorney In Fact

# WRIT OF MANDAMUS

Cause No. DIDCIS301738

Moses Martin Morales )
    Relator )
   )
v. )
David Crain )
    Respondent )
   )

IN the Court of Criminal Appeals of the state of Texas

To the HONORABLE JUDGES OF CRIMINAL APPEALS:

Comes Now Moses Martin Morales, - A flesh And Blood Man, Relator And files this Application for writ of Mandamus for the ABove # Cause Directing David Crain Judge for the 331st Judicial District Travis County who IS preciding the ABove # Cause Respondent to Set for Hearing (or Release the Relator) Because of the facts Described In the Writ of Habeas Corpus Which the said David Crain Has not Set for Hearing for Relief Request which IS

Pg 1

1. To Set for Hearing Writ of Habeas Corpus OR
2. Release Me Moses Martin Morales the flesh & Blood Men from Confinement.

In The Above # Cause The State of Texas vs. MOSES MORALES the Charge Is FELONY ASSUALT FV STRANGULATION.

Regarding Above # Cause Relator Shows the Court the following:

I. I was Arrested Aug 23 2015 Since the time of Arrest for the Above # Cause I Have Not Requested Nor Consented Any Attorney Represent Me. As A Matter of fact I Have Repeatedly Asserted that I Represent My self & My property — This was Stated to A Magistrate on or About the 23 of Aug. 2015 And As Stated Has Been Continually Relayed to All And Anyone Regarding the Above # Cause And to those who Have Interferred In My Commercial & Legal Affairs Without My Consent.
One of the Ones Beside David Crain who Know or Should Have known I Represent Myself And Have Not waived Any Rights Is Chantal M. Eldridge. who without

Pg. 2

My Consent Waived Rights Including Denial of Access to Court, pretrail And Astoundingly Did Act As If She was Representing Me without My Consent · As A Result I was Indicted ∴

Around this time that lawyer files to withdraw from Cause (which She nor Anyone should think they Have Rights or permission - consent - to Be Involved In) Astoundingly the Court knowing I Represent Myself & My property Still Appointed without My Consent Another Attorney (Alexander L Calhoun) to Interfere In My Commerciual & Legal Affairs.

All this Has Been done In Conspiracy Behind My Back. Not once Have I Been Allowed Access to the Court In the flesh Nor Have I Been provimed Any Documents Beside the Indictement of Above & Cause (which Is A Bogus flawed Indictment)

On Sept. 10 I wrote An Writ of Habeas Corpus foR Relief And Release to NO Avail. The Said writ Has Been Filed & In the Courts In & for the Above & Cause for over A Month
Pg 3

David Crain Has failed to Issue An order or Rule In Any way Regarding the said Writ of Habeas Corpus. By the Same token of total Disregard the Respondent Has failed to Consider Any And All facts & Evidence Entered In Affidavit form for the Above # Cause

II. The Respondent's failure to Act As Requested By Relator is A failure to perform A Ministrial function Under the facts of this Case Because that is what He is Required to Do As Judge, Further I Have A Right to Represent My-Self. A Right that Can not Be Abrogated Nor Denied. Further I Have A Right to Access the Court, And Enter & file the writ of Habeas Corpus And Deserve Remedy (Freedom) which I Am Being Denied Due to David Crains failure to preform His Duty And Violating His Oath of Office

III I the Relator Can Clearly Demonstrate As Addressed In writ of Habeas Corpus

Pg. 4

My Rights & Entitlements to Represent Myself
And the Conspiracy By Judge Crain & the
Attorneys named Operating Simply to
Deny Me Access to Court & Keep Me
Incarcerated, So I Have no Adequate
Remedy At law to pursue the Requested
Relief (Which is Hear My writ of Habeas
Corpus or Release Me) other than this
Application.

## Conclusion

This Court Has Jurisdiction to Issue A
writ of Mandamus for this Cause Under
Article 5 of the Texas Constitution & Article
4.04 of the Code of Criminal Procedure,
  therefore the realator prays the Court
Grant this Application And Issue A writ
of Mandamus Directing David Crain
Respondent to Set for Hearing writ of
Habeas Corpus or in the Alternative
Release Me

Moses Martin Mireles
Autograph
Power of Attorney en facd

10-25-15
Date

# MOTION FOR LEAVE TO FILE

Cause No D1DC15301738 )    IN THE DISTRICT

Ex parte                         ) CRIMINAL APPEAL
Moses Martin Morales        ) OF THE STATE
    Applicant                   ) OF TEXAS
                   )

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS :

    Comes Now Moses Martin Morales _ Pro Se Applicant In the Above entitled and Cause And Respectfully Moves this Court Pursuant to Texas Rules of Appellate procedure 72.1 to Grant leave to file Writ of Mandamus.

Respectfully Submitted

Autograph/signature → Moses Martin Morales

         Pro. Se, Power of Attorney In fact

         Moses Martin Morales
           #1532599
         Del valle Cor. Complex
         3614 Bill Price Rd.
         Del valle Tx. [78617]

Cause No. D1DC15 301738

## Certificate of Service

This is to Certify that A Copy of the Above Entitled Motion Has Been Sent to Court of Criminal Appeals on 11-8-15 By Mail to Judge David Crain on 11-8-15 By Mail And to Amalia Mendoza Rodriguez Judicial District Clerk (to file in the Above #) on 11-8-15 By Mail to Each By Mail Deposited By Jail Official to the United States Postal Service Enclosed In Envelope properly Addressed on this Day 11-8-15 Addresses of Persons Served: Clerk P.O. Box 67900 3 Austin TX - 78767. Judge David Crain 509 W. 11 St Austin TX, 78701 Court of Criminal Appeals P.O. Box 12308 Austin TX, 78711

11-8-15
_____
Date

Moses Martin Morales
_____
Pro Se Autograph Power of Attorney In Fact

# WRIT OF MANDAMUS

Cause No. DIDCIS301738

Moses Martin Morales )
    Relator )
v. )
David Crain )
    Respondent )

IN the Court of Criminal Appeals of the State of Texas

## TO tHE HONORABLE JUDGES OF CRIMINAL APPEALS:

Comes Now Moses Martin Morales, - A flesh And Blood Man, Relator And files this Application for writ of Mandumus for the ABove # cause Directing David Crain Judge for the 331st Jus. Cival District Travis County who IS preciding the ABove # cause Respondent to Set for Hearing (OR Release the Relator) Because of the facts Described In the writ of HaBeas Corpus Which the said David Crain Has Not Set FoR Hearing for Relief Request which IS

1. To Set for Hearing Writ of Habeas Corpus OR

2. Release Me Moses Martin Morales The Flesh & Blood Men from Confinement.

In The Above # Cause The State of Texas Vs. MOSES MORALES the Charge Is FELONY ASSUALT FV STRANGULATION.

Regarding Above # Cause Relator Shows the Court the following:

I. I was Arrested Aug 23 2015 Since the time of Arrest for the Above # Cause I Have Not Requested nor Consented Any Attorney Represent Me. As A Matter of fact I Have Repeatedly Asserted that I Represent My self & My property — This was Stated to A Magistrate on or About the 23 of Aug. 2015 And As Stated Has Been Continually Relayed to All And Any one Regarding the Above # Cause And to those who Have Interferred In My Commercial & Legal Affairs Without Any Consent,

One of the ones Beside David Crain who Know or Should Have known I Represent Myself And Have Not waived Any Rights Is Chantal M. Eldridge. who without

Pg. 2

My Consent waived Rights Including Denial of Access to Court, pretrail And Astoundingly Did Act As If She was Representing Me without My Consent. As A Result I was Indicted.

Around this time that lawyer files to withdraw from Cause (which She nor Anyone should think they Have Rights OR permission ~ Consent ~ to Be Involved In) Astoundingly the Court knowing I Represent Myself & My property Still Appointed without My Consent Another Attorney (Alexander L Calhoun) to Interfer In My Commercial & Legal Affairs.

All this Has Been Done In Conspiracy Behind My Back. Not once Have I Been Allowed Access to the Court In the flesh Nor Have I Been procured Any Documents Beside the Indictment of Above & Cause (which IS A Bogus flawed Indictment)

On Sept. 10 I wrote An Writ of Habeas Corpus for Relief And Release to NO Avail. The Said writ Has Been filed & In the Courts In & for the Above & Cause for over A Month

Pg 3

David Craig Has failed to Issue An order or Rule In Any way Regarding the said writ of Habeas Corpus. By the Same token of total Disregard the Respondent Has failed to Consider Any And All facts & Evidence Entered In Affidavit form for the ABove # cause

II. The Respondent's failure to Act As Requested By Relator Is A failure to perform A Ministrial function Under the facts of this Case Because that is what He Is Required to Do As Judge, Further I Have A Right to Represent My-self. A Right that can not Be ABrogated Nor Denied. Further I Have A Right to Access the Court, And Enter & file the writ of Habeas Corpus And Deserve — Remedy (Freedom) which I Am Being Denied Due to David Craig's failure to preform His Duty And Violating His Oath of office

III I the Relator Can Clearly Demonstrate As Addressed In writ of Habeas Corpus

Pg. 4

My Rights & Entitlements to Represent Myself
And the Conspiracy By Judge Crain & the
Attorneys Named operating simply to
Deny Me Access to court & keep Me
Incarcerated, So I Have no Adequate
Remedy At law to pursue the Requested
Relief (which is Hear My writ of Habeus
Corpus or Release Me) other than this
Application.

## Conclusion

This court has Jurisdiction to issue A
writ of Mandamus in this Cause Under
Article 5 of the texas Constitution & Article
4.04 of the Code of Criminal Procedure,
Therefore the realator prays the court
Grant this Application And issue A writ
of Mandamus Directing David Crain
respondent to Set for Hearing writ of
Habeus Corpus or in the Alternative
Release Me

Moses Martin Mines

10-25-15
Date

Autograph
Power of Attorney in fact